Submitted on record and brief December 3, 1999, reversed and remanded for
further proceedings January 19, 2000

## DANNY RAILSBACK,
*Appellant,*

*v.*

## Robert LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(990430413M; CA A106149)

997 P2d 201

Danny Railsback, *pro se*, filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, filed the brief for respondent.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Reversed and remanded for further proceedings. ORS 138.590.